1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PPG INDUSTRIES, INC.,<br><br>                 Plaintiff,<br><br>    v.<br><br>JIANGSU TIE MAO GLASS CO., LTD., et al.,<br><br>                 Defendants. | Case No. 5:16-mc-80161 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

     In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Howard R. Lloyd to determine whether it is related to 5:16-mc-80160 HRL, PPG Industries, Inc. v Jiangsu Tie Mao Glass Co., Ltd, et al.

     IT IS SO ORDERED.


Date:  August 17, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge