Robert M. Linn (Cal. State Bar # 190387)
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Phone: (412) 297-4900
Fax: (412) 209-0672
rlinn@cohenlaw.com
Attorneys for Plaintiff,
PPG INDUSTRIES INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **PPG INDUSTRIES, INC., a Pennsylvania corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JIANGSU TIE MAO GLASS CO., LTD., a Chinese company; BENHUA WU, an individual; and MEI ZHANG, an individual.**<br><br>**Defendants.** | **Case No. 16-mc-80160-HRL**<br><br>**PPG INDUSTRIES, INC.'S STATEMENT OF RECENT JUDICIAL DECISION** |

PPG Industries, Inc. hereby files this Statement of Recent Judicial Decision attaching a copy of the Transcript filed on August 19, 2016, in *PPG Industries, Inc. v. Jiangsu Tie Mao Glass Co., Ltd.*, 16-mc-116-JLR (W.D. Wash.) as Exhibit 1.

Respectfully submitted,

Dated: November 23, 2016

By: */s/ Robert M. Linn*

2378710.v1

COHEN & GRIGSBY, P.C.
Robert M. Linn (Cal. State Bar # 190387)
625 Liberty Avenue
Pittsburgh, PA 15222-3152
(412) 297-4900

Attorneys for Plaintiff, PPG Industries, Inc.

**CERTIFICATE OF SERVICE**

I, Robert M. Linn, hereby certify that on November 23, 2016, the foregoing *PPG Industries, Inc.'s Statement of Recent Judicial Decision* was filed electronically with the Court and notice of the filing will be transmitted to all counsel of record via the Court's CM/ECF system.

*/s/ Robert M. Linn*